People v Baez (2024 NY Slip Op 00592)

People v Baez

2024 NY Slip Op 00592

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024

PRESENT: WHALEN, P.J., SMITH, CURRAN, NOWAK, AND DELCONTE, JJ. (Filed Feb. 2, 2024.) 

MOTION NO. (582/19) KA 17-00968.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RICHARD BAEZ, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reconsideration and other relief denied.